UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

―――――――――――――――――――――X
DIGITAL VERIFICATION SYSTEMS, LLC   : Civil Action No. 2:17-CV-154
:
Plaintiff,   : **NOTICE OF DISMISSAL**
vs.   :
:
PAYANYWHERE, LLC.   :
:
Defendant.   :
―――――――――――――――――――――X

# ORDER

In light of the Notice of Voluntary Dismissal filed by Plaintiff Digital Verification Systems, LLC, pursuant to F.R.C.P. 41(a)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ORDERED that all claims asserted in this action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own cost, attorneys' fees, and expenses.

**IT IS SO ORDERED**

**SIGNED this 6th day of June, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE